**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.laserna@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 297-2019*

# ORDER

August 19, 2026

**BY ECF**
Honorable Edward S. Kiel, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re: *Sarango Calva v. Rokosky, et al.*, No. 26-9975 (ESK)**
**Bond Granted**

Dear Judge Kiel:

This Office represents Respondents in this habeas action. We respectfully write in response to the Court's Order, ECF No. 6, granting the petition and directing Respondents to provide Petitioner with a bond hearing within 7 days of the Order. *Id.* at 2. On August 18, 2026, Petitioner received an individualized bond hearing and the immigration judge granted Petitioner's release from custody under bond of $8,000 and enrollment in ATD. *See* Ex. A (Bond Order). Accordingly, Respondents respectfully request the Court lift all temporary restraints on the transfer of Petitioner. *See* ECF No. 2.

We thank the Court for its attention to this matter.

**So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: August 20, 2026**

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jessica M. Laserna*
JESSICA M. LASERNA
Assistant United States Attorney
*Attorneys for Respondents*

Cc: Counsel of record (via ECF)